Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 1103 | **DATE** | May 31, 2013 |
| **CASE TITLE** | Arturo Terrell, Jr. (#139953) v. Kane County | | |

**DOCKET ENTRY TEXT**

The amended complaint [8] is dismissed without prejudice subject to Plaintiff's submitting a second amended complaint in accordance with this order within 30 days of the date of this order. Failure to comply timely will result in summary dismissal of this case. The clerk shall forward another amended complaint form to Plaintiff.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

Plaintiff Arturo Terrell, Jr., currently confined at the Kane County Jail, has submitted an amended complaint following this Court's March 19, 2013 order. Though the amended complaint better states his claims, the Court must dismiss it for failing to provide sufficient information about his claims. The amended complaint again names Kane County Jail Lieutenant Carter as Defendant and lists adverse conditions at the jail: (I) inmates eat in their cells sometimes with their toilets backed up with sewage; (ii) medical complaints are not addressed for long periods of time; (iii) state and federal inmates are forced to share cells; (iv) the jail's visitation policy is restrictive and has prevented visits from Plaintiff's family members; (v) cells are freezing, which affects Plaintiff's sleep; and (vi) there is no law library at the jail.

While his amended complaint is clearer than his original one, it still does not satisfy the pleading requirement of Federal Rule of Civil Procedure 8(a)(2). Under Rule 8(a)(2), a complaint must give each Defendant sufficient notice of the claims being asserted against him or her and the grounds upon which the claims are based. The claims must contain sufficient facts that, when accepted as true, "state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007). A complaint must plead facts that allow a court "to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S. at 678. Plaintiff names Lieutenant Carter as Defendant, but provides no information as to who Carter is or how he is associated with the claims Plaintiff raises. "[Section] 1983 liability is premised on the wrongdoer's personal responsibility. An individual cannot be held liable in a § 1983 action unless he caused or participated in an alleged constitutional deprivation." *Kuhn v. Goodlow,* 678 F.3d 552, 555-56 (7th Cir. 2012) (citation and quotation marks omitted). Plaintiff must provide some information as to Carter's involvement in the alleged conditions.

Additionally, Plaintiff states that he "ha[s] a grievance on all these issue[s]." (Amended Compl. at 5.) Under 42 U.S.C. § 1997e(a), Plaintiff must exhaust administrative remedies for each claim he seeks to raise in this Court. Such exhaustion must be done before Plaintiff brings his claims to this Court; completion of the exhaustion process while a case is pending does not satisfy § 1997e(a); *Ford v. Johnson*, 362 F.3d 395, 398 (7th Cir. 2004). Given the amended complaint's indication that Plaintiff may be currently exhausting administrative remedies for his claims, he must clarify whether he is currently seeking administrative relief or has already done so.

| STATEMENT |
|---|
| For the reasons stated above, the amended complaint is dismissed without prejudice. Plaintiff may seek to submit a second amended complaint that not only clearly states his claims, but also provides information as to Defendant Lieutenant Carter's involvement or responsibility with each claim and states the status of Plaintiff's requests for administrative remedies. Plaintiff again is advised that an amended complaint supercedes and replaces a prior complaint and must stand complete on its own. The Court will look only to the amended complaint to determine the claims and parties to this suit. Also, Plaintiff must submit a judge's copy and a service copy for each named Defendant. If Plaintiff needs amended complaint forms, he may request them from the Court. Plaintiff is given 30 days to comply with this order. If the Court receives no pleadings from Plaintiff within that time, this case will be summarily dismissed. |